# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CAROL ANN CARTER, MONICA PARRILLA, REBECCA POYOUROW, WILLIAM TUNG, ROSEANNE MILAZZO, BURT SIEGEL, SUSAN CASSANELLI, LEE CASSANELLI, LYNN WACHMAN, MICHAEL GUTTMAN, MAYA FONKEU, BRADY HILL, MARY ELLEN BALCHUNIS, TOM DEWALL, STEPHANIE MCNULTY AND JANET TEMIN | : : : : : : : : : : : : : : : : : | 9 MAP 2022

Appeal from the Order of the Commonwealth Court at No. 464 MD 2021 dated January 14, 2022 |
| v. | : : : : | |
| LEIGH M. CHAPMAN, IN HER OFFICIAL CAPACITY AS THE ACTING SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA; JESSICA MATHIS, IN HER OFFICIAL CAPACITY AS DIRECTOR FOR THE PENNSYLVANIA BUREAU OF ELECTION SERVICES AND NOTARIES | : : : : : : : : : : | |
| APPEAL OF:  HAROON BASHIR, VALERIE BIANCANIELLO, TEGWYN HUGHES, AND JEFFREY WENK, POSSIBLE

Intervenors | : : : : : : : : | |

| | | |
|---|---|---|
| PHILIP T. GRESSMAN; RON Y. DONAGI; KRISTOPHER R. TAPP; PAMELA GORKIN; DAVID P. MARSH; JAMES L. ROSENBERGER; AMY MYERS; EUGENE BOMAN; GARY GORDON; LIZ MCMAHON; TIMOTHY G. FEEMAN; AND GARTH ISAAK | : : : : : : : : : : : : | No. 10 MAP 2022

Appeal from the Order of the Commonwealth Court at No. 465 MD 2021 dated January 14, 2022 |

                          v.                              :
                                                         :
                                                         :
                                                         :
LEIGH M. CHAPMAN, IN HER OFFICIAL            :
CAPACITY AS THE ACTING SECRETARY             :
OF THE COMMONWEALTH OF                       :
PENNSYLVANIA; JESSICA MATHIS, IN             :
HER OFFICIAL CAPACITY AS DIRECTOR            :
FOR THE PENNSYLVANIA BUREAU OF               :
ELECTION SERVICES AND NOTARIES               :
                                                         :
                                                         :
APPEAL OF:  HAROON BASHIR, VALERIE           :
BIANCANIELLO, TEGWYN HUGHES, AND             :
JEFFREY WENK, POSSIBLE                        :
                                                         :
                          Intervenors                    :


# ORDER


**PER CURIAM**                                    **DECIDED:  January 28, 2022**

    **AND NOW,** this 28th day of January, 2022, probable jurisdiction is **NOTED**.  As Appellants waited ten days to file a notice of appeal from the Commonwealth Court's order denying intervention, and at least one of the case deadlines established by that order has already passed, the Order of the Commonwealth Court is **AFFIRMED**.  *Cf.* Pa.R.Civ.P. 2329(3) (allowing for denial of intervention if "the petitioner has unduly delayed in making application for intervention or the intervention will unduly delay . . . the trial or the adjudication of the rights of the parties").